No. 78–6485.   MARCANTONI ET UX. v. UNITED STATES.
C. A. 5th Cir.   Certiorari denied.

No. 78–6163.   WASHINGTON v. FLORIDA.   Sup. Ct. Fla.
Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL,
dissenting.

Adhering to our views that the death penalty is in all cir-
cumstances cruel and unusual punishment prohibited by the
Eighth and Fourteenth Amendments, Gregg v. Georgia, 428
U. S. 153, 227, 231 (1976), we would grant certiorari and
vacate the death sentence in this case.

No. 76–6853.   RANDLE ET AL. v. BEAL, SECRETARY, DEPART-
MENT OF PUBLIC WELFARE OF PENNSYLVANIA, ET AL., 440
U. S. 957;
    No. 78–1209.   RICHARDSON ET AL. v. UNITED STATES, 440
U. S. 947; and
    No. 78–6154.   LOVALLO v. VETERANS' ADMINISTRATION
ET AL., 440 U. S. 966.   Petitions for rehearing denied.

No. 78–6035.   HERNANDEZ v. UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF TEXAS, 440 U. S. 973;
and
    No. 78–6048.   SPENKELINK v. WAINWRIGHT, SECRETARY,
DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA, 440
U. S. 976.   Petitions for rehearing denied.   MR. JUSTICE
POWELL took no part in the consideration or decision of these
petitions.

MAY 1, 1979

No. 78–1122.   GRAND LODGE OF THE INTERNATIONAL ASSO-
CIATION OF MACHINISTS & AEROSPACE WORKERS v. BENDA
ET AL.   Certiorari dismissed under this Court's Rule 60.